ACCEPTED
01-15-00152-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/3/2015 2:37:29 PM
CHRISTOPHER PRINE
CLERK

## CAUSE NO. 01-15-00152-CV

### IN THE COURT OF APPEALS
### FOR THE FIRST JUDICIAL DISTRICT OF TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/3/2015 2:37:29 PM
CHRISTOPHER A. PRINE
Clerk

### HOUSTON, TEXAS

## DONALD B. MULLINS and BLUE SKY RIGHT OF WAY, LLC

### Appellant

### v.

## MARTINEZ R.O.W., L.L.C. f/k/a MARTINEZ INVESTMENTS, LLC
### Appellee

### On Appeal from the 149th Judicial District
### of Brazoria County, Texas; Trial Court Cause No. 79750-CV

## UNOPPOSED MOTION TO EXTEND TIME
## FOR FILING REPLY BRIEF

COME NOW, DONALD B. MULLINS ("Mullins") and BLUE SKY RIGHT OF WAY, LLC ("Blue Sky"), filing their Unopposed Motion to Extend Time for Filing Reply Brief, and state as follows:

### I.

The deadline for filing Appellants' Reply Brief is September 15, 2015. Appellants seek a ten day extension of that date. No prior extensions have been requested for this deadline.

1

**II.**

The additional time is requested required to permit the undersigned counsel to properly respond to this and other deadlines following recent travel.

**III.**

Counsel have conferred and the motion is unopposed.

Wherefore, premises considered, Appellants pray that the date for filing their Reply Brief be extended to September 25, 2015, and for such other and further relief as the court deems just.

Respectfully submitted,

Patrick F. Timmons, Jr.
State Bar No. 20049500
8556 Katy Freeway, Suite 120
Houston, Texas 77024-1806
(713) 465-7638 Office
(713) 465-9527 Facsimile
pft@timmonslawfirm.com

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing Unopposed Motion to Extend time for Filing Reply Brief of Donald B. Mullins and Blue Sky Right of Way, LLC, was forwarded to Mr. David P. Boyce, Wright & Greenhill, P.C., 221 West 6th Street, Suite 1800, Austin, Texas 78701, 512-476-5382, on September 3, 2015, by telecopy and electronic filing.

_____
Patrick F. Timmons, Jr.